

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00700-CV

Bert **POWELL** and Rosemarie Alvarado,
Appellants

v.

**BLUEBONNET PROPERTY MANAGEMENT**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV07283
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: February 12, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was originally due on November 13, 2024.  On November 19, 2024, a deputy clerk of this court notified appellants by letter that their brief was past due.  On December 11, 2024, we ordered appellants to file, within ten days of the order, their brief and a written response reasonably explaining: (1) their failure to timely file a brief, and (2) why appellee is not significantly injured by appellants' failure to timely file a brief.  We warned that if appellants failed to timely file a brief and the written response, we would dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)–(c).  Appellants did not file their brief and

written response as ordered, and, to date, appellants have not filed a brief. Because appellants failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM